No. 681. SOUTHSIDE VIRGINIA TELECASTING CORP. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Leonard H. Marks* and *Paul*

*Dobin* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Barnes, Daniel M. Friedman, Warren E. Baker* and *Richard A. Solomon* for the Federal Communications Commission, and *Paul A. Porter, Harry M. Plotkin* and *Reed Miller* for the Petersburg Television Corporation, respondents.

